IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARCUS ALVAREZ, § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO.4:09-CV-075-Y |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| T.D.C.J., Correctional § | |
| Institutions Div., § | |
| Respondent. § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Marcus Alvarez, along with the May 8, 2009, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until May 29, 2009, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions, and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed with prejudice

Therefore the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Marcus Alvarez's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED June 10, 2009.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE